[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  14-11092
Non-Argument Calendar

_____

D.C. Docket No. 3:00-cr-00187-VMC-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH PACE,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(October 14, 2014)

Before JORDAN, HILL and FAY, Circuit Judges.

PER CURIAM:

Susan Yazgi, counsel for Kenneth Pace in this appeal, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant

to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pace's revocation of supervised release and resulting sentence are **AFFIRMED**.